# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR366 |
|---|---|---|
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | ORDER ON VIOLATION OF CONDITIONS OF SUPERVISED RELEASE |
| MARQUISE J. WILKINS, | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on October 9, 2018. This matter was referred to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on October 25, 2018, wherein the defendant admitted to the following violation: Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on October 25, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on November 14, 2018. Defendant Marquise J. Wilkins was present and represented by Attorney Charles Fleming. The United States was represented by Assistant United States Attorney Robert Corts. United States Probation Officer Jennifer Truxal and Supervising United States Probation Officer Brian Laffin were also present.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that because the defendant is being supervised in case 4:08CR230-01, the defendant's supervised release in this case is terminated.

**IT IS SO ORDERED**.

Dated: November 14, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**